UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| HOUSONI HAMPTON, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:24-CV-340-FL |
| MARTIN O'MALLEY, ) | |
| Commissioner the Social Security ) | |
| Defendant. | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's consent motion for attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 4, 2024, that defendant pay to plaintiff $6,150.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on December 4, 2024, and Copies To:**
Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler / Wanda Mason (via CM/ECF Notice of Electronic Filing)


December 4, 2024            PETER A. MOORE, JR., CLERK

                            /s/ Sandra K. Collins
                            (By) Sandra K. Collins, Deputy Clerk